1060

[No. 61095-3-I.   Division One.   April 27, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JULIO ESCOBEDO-FLORES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-05718-6, Michael Hayden, J., entered January 9, 2008. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Dwyer, A.C.J., and Agid, J.

[No. 61221-2-I.   Division One.   April 27, 2009.]

BALLARD RESIDENTIAL, LLC, *Appellant*, v. PACIFIC RIM FRAMING CO., INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-27899-4, Joan E. DuBuque, J., entered November 30, 2007. *Affirmed* by unpublished opinion per Lau, J., concurred in by Cox, J.; Dwyer, A.C.J., concurring separately.

[No. 61246-8-I.   Division One.   April 27, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL CHRISTIAN HILL, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 06-1-00061-0, Ira Uhrig, J., entered January 4, 2006. *Reversed* and *remanded* by unpublished opinion per Lau, J., concurred in by Schindler, C.J., and Grosse, J.

[No. 61247-6-I.   Division One.   April 27, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. KIRK RISHOR, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 04-1-00218-7, Steven J. Mura, J., entered January 18, 2008. *Reversed* and *remanded* by unpublished opinion per Lau, J., concurred in by Schindler, C.J., and Grosse, J.